UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CALVIN J. RICHARD, et al | CIVIL ACTION |
| VERSUS | NO. 10-1438 |
| BP, PLC, et al | SECTION "A" |

### ORDER

Considering that the law firm of Deutsch, Kerrigan and Stiles will be representing Cameron International Corporation in connection with lawsuits relating to the Deepwater Horizon explosion and subsequent oil spill, this Court recuses itself pursuant to 28 U. S. C. § 455(a) and 455(b).

Accordingly, **IT IS ORDERED** that the above captioned case be **RE-ALLOTTED** to another section of this Court.

New Orleans, Louisiana, this 27th day of May 2010.

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE

MAY 2 7 2010

REALLOTTED TO
SECT. F

___Fee _____
___Process_____
_X_Dktd_____
___CtRmDep_____
___Doc. No._____